UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,

                Plaintiff.

- against -

AON/ALBERT G. RUBEN INSURANCE
SERVICES, INC.,

                Defendant.

22-cv-7000(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Aon/Albert G. Ruben Insurance Services Inc. ("Aon") has moved to consolidate the two actions: Gartner v. Aon, 22-cv-7000 (ECF No. 37) and Gartner v. HCC Specialty Underwriters, Inc., et al., 20-cv-4885 (ECF No. 107). Aon represents that Gartner consents to the consolidation. HCC should provide its position by **September 30, 2022**. The remaining parties may reply by **October 7, 2022**.

SO ORDERED.

Dated:    New York, New York
            September 19, 2022

                                            John G. Koeltl
                                     United States District Judge