UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARTNER, INC.,

               Plaintiff.

     - against -

AON/ALBERT G. RUBEN INSURANCE
SERVICES, INC.,

              Defendant.

22-cv-7000(JGK)

ORDER

JOHN G. KOELTL, District Judge:

    This case will be consolidated with the pending action in
Gartner v. HCC Specialty Underwriters, Inc., 20-cv-4885, for
purposes of pretrial proceedings up to the filing of any
dispositive motions.

    The parties are directed to submit a proposed consolidated
schedule by **October 14, 2022**. The Clerk is directed to close
Docket No. 37.

SO ORDERED.
Dated:   New York, New York
       September 30, 2022

                      John G. Koeltl
              United States District Judge