UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,

        Plaintiff,

- against -

AON/ALBERT G. RUBEN INSURANCE
SERVICES, INC.,

        Defendant.

22-cv-7000 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant Aon/Albert G. Ruben Insurance Services, Inc. is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion to dismiss (ECF No. 44).

SO ORDERED.

Dated:    New York, New York
            November 8, 2022

                                                John G. Koeltl
                                         United States District Judge