UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,

               Plaintiff,

  - against -

AON/ALBERT G. RUBEN INSURANCE
SERVICES, INC.,

               Defendant.

22-cv-7000 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant should provide the court with courtesy copies of the pending fully briefed motion to dismiss.

SO ORDERED.

Dated:    New York, New York
            November 22, 2022

                                       John G. Koeltl
                             United States District Judge